Opinion issued July 8, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00554-CV

———————————

In re Kristofer Kastner, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Relator, Kristofer Kastner, has filed
a pro se petition for writ of mandamus, requesting that this Court direct the
trial court to proceed in a manner consistent with its order of reinstatement in
the underlying case.[1]  

We deny relator’s
petition for writ of mandamus.

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.

 











[1]
          Relator has identified the
underlying case as Kristofer Thomas
Kastner v. Tom Lawrence, et al., No. 2009-47779, in the 55th District Court
of Harris County, Texas, the Honorable Jeff Shadwick presiding.